UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW VANN,

                Plaintiff(s),

CASE NUMBER: 08-10505

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant(s).
                                          /

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On February 5, 2009, Magistrate Judge Mona Majzoub submitted a Report and Recommendation **[Doc. 15]** recommending that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Summary Judgment and DISMISSES plaintiff's complaint with prejudice.

    **IT IS SO ORDERED.**

                                  S/Sean F. Cox
                                  Sean F. Cox
                                  United States District Judge

Dated: March 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on

March 9, 2009, by electronic and/or ordinary mail.

          S/Jennifer Hernandez
          Case Manager